**Order entered September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00076-CV**

**VENKY VENKATRAMAN, Appellant**

**V.**

**STEPHEN D. SKINNER, ET AL., Appellees**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

**ORDER**

Before the Court is appellant's September 9, 2021 third motion to abate the appeal due to an inaccuracy in the reporter's record. Appellant complains of the erroneous inclusion in the Index of the names of attorneys Ms. Rowan and Ms. Johnson who did not participate at trial. The Court has searched for those names in both volumes of the reporter's record filed on August 30, 2021 and neither name appears in the record. Accordingly, we **DENY** appellant's motion as moot.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE